# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | Case No. 1:21-cv-00009-AWI-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND REQUIRING PLAINTIFF TO PAY $402.00 FILING FEE WITHIN THIRTY DAYS |
| v. | |
| WELCH, et al., | |
| Defendants. | (Doc. Nos. 1& 6) |

     Plaintiff Curtis Lee Henderson, Sr., is a state prisoner proceeding pro se with this civil rights action.

     On January 4, 2021, Plaintiff filed an application to proceed in forma pauperis. Doc. No. 1. On January 13, 2021, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that, "[p]ursuant to 28 U.S.C. § 1915(g), Plaintiff's application to proceed in forma pauperis (ECF No. 1) be DENIED," and that "Plaintiff be directed to pay the $402.00 filing fee in full if he wants to proceed with this action." Doc. No. 6 at 6.

     Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on February 8, 2021. Doc. No. 7.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations issued by the magistrate judge on January 13, 2021 (Doc. No. 6), are ADOPTED in full;

2. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's application to proceed in forma pauperis (Doc. No. 1) is DENIED; and

3. If Plaintiff wants to proceed with this action, Plaintiff SHALL PAY the $402.00 filing fee within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   February 23, 2021

SENIOR  DISTRICT  JUDGE